1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**Aug 04, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  1:25-mj-00083-SKO

12              Plaintiff,             SEALING ORDER

        v.
13

    YAHYA Z. YAGHMOUR,
14

15              Defendant.

16      Upon Application of the United States of America and good cause having been shown,

17      IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

18  SEALED until further order of this Court.

19  Date: 8/4/2025

                                    _Sheila K. Oberto_____
20                                  HON. SHEILA K. OBERTO
                                    UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

SEALING ORDER                           1